IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                          PLAINTIFF

v.                                          Civil No. 4:16-cv-04038

SOUTHERN HEALTH PARTNERS; and
STEVEN KING, Head Nurse, Miller County
Detention Center                                                                 DEFENDANTS

## **O R D E R**

Plaintiff Clifton O. Solomon proceeds in this matter *pro se* and *in forma pauperis* pursuant to 28 U.S.C. § 1983.  Before the Court is Plaintiff's Motion for Order. ECF No. 9.

The Prison Litigation Reform Act ("PLRA") requires the Court to review complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity to determine if the matter shall proceed.  *See* 28 U.S.C. § 1915A(a). The Court is in the process of screening Plaintiff's Complaint.  Therefore, Plaintiff's Motion for Order requesting assistance from this Court to obtain copies of medical information, copies of grievances and other documents from the Defendants is premature.  In the event the case proceeds, Plaintiff will have the opportunity to participate in discovery and file any motions needed to assist Plaintiff in obtaining the information he has requested.

Accordingly, Plaintiff's Motion for Issuance of Subpoena (ECF No. 9) is **DENIED.** This is the second time in less than a month Plaintiff has filed a premature motion for information. **PLAINTIFF IS ORDERED NOT TO FILE ANY ADDITIONAL MOTIONS UNTIL AFTER HIS COMPLAINT HAS BEEN SCREENED, SERVICE HAS BEEN ORDERED,**

**AND DEFENDANTS HAVE ANSWERED.  FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT THIS CASE TO DISMISSAL.**

**DATED this 24th day of May 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE