IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                           PLAINTIFF

v.                               Civil No. 4:16-cv-04038

SOUTHERN HEALTH PARTNERS; and
STEVEN KING, Head Nurse, Miller County
Detention Center, BRITTANY COOKSEY,
Nurse, Miller County Detention Center                             DEFENDANTS

## ORDER

Plaintiff Clifton O. Solomon proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Supplement. ECF No. 31.

Plaintiff's Motion to Supplement refers to answers to discovery provided by Defendants, reiterates the claims in his Complaint, and makes arguments in support thereof.   This information is not necessary for his Complaint and is not a proper supplement.[1]  Instead, this information may be presented as evidence in upcoming hearings in this matter and during the trial.

Accordingly, Plaintiff's Motion to Supplement (ECF No. 31) is **DENIED.**

**DATED this 19th day of October 2016.**

                                              /s/ Barry A. Bryant_____
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff previously supplemented his Complaint (ECF No. 1) on September 18, 2016.  ECF No. 23.