IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                                                PLAINTIFF

v.                                              Civil No. 4:16-cv-04038

SOUTHERN HEALTH PARTNERS; and
STEVEN KING, Head Nurse, Miller County
Detention Center                                                                       DEFENDANTS

## ORDER

Plaintiff Clifton O. Solomon proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Compel Discovery. ECF No. 34.  Defendants have filed a response.  ECF No. 35.

Plaintiff filed a Motion to Compel Discovery seeking the Court's assistance to obtain copies of various medical policies, sick call procedures, and handbooks from Miller County, Arkansas.  ECF No. 34.  Initially, Defendants did not provide this information because "Defendants are employees of Southern Health Partners, Inc., not Miller County, Arkansas.  Therefore, Defendants were not in possession of the requested policies."  ECF No. 35.  In their response Defendants represent to the Court they have obtained copies of the requested policies and procedures from Miller County and have supplemented their discovery responses.

Accordingly, Plaintiff's Motion to Compel Discovery (ECF No. 34) is **DENIED** as moot.

**IT IS SO ORDERED this 1st day of November 2016.**

                                                             /s/ Barry A. Bryant_____
                                                             HON. BARRY A. BRYANT
                                                             UNITED STATES MAGISTRATE JUDGE