IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMAN                                              PLAINTIFF

v.                         Civil No. 4:16-cv-04038

SOUTHERN HEALTH PARTNERS;
STEVEN KING; and BRITTANY
COOKSEY                                                              DEFENDANTS

## ORDER

Plaintiff Clifton Orlando Soloman filed this 42 U.S.C. § 1983 action *pro se* on April 22, 2016. ECF No. 1. Before the Court is Plaintiff's Response to Order to Show Cause in which he requests an extension of time to respond to Defendants' Motion for Summary Judgment. ECF No. 49.

On April 14, 2017, Defendants filed a Motion for Summary Judgment. ECF No. 40. On May 12, 2017, I entered an Order directing Plaintiff to file a Response to Defendants' motion on or before June 9, 2017. ECF No. 45. On June 29, 2017, I entered an Order to Plaintiff to show cause as to why Plaintiff failed to file a Response by June 9, 2017. ECF No. 47. Plaintiff has responded to the Order to show cause and has requested an extension of time to respond to Defendants Motion for Summary Judgment. ECF No. 49.

I find good cause is shown for an extension, the request is not intended for the purpose of harassment or delay, and neither party will be prejudiced by the extension. Plaintiff's Motion for Extension (ECF No. 49) is **GRANTED. Plaintiff is given an extension until August 11, 2017, to file a Response to Defendants' Motion for Summary Judgment. Failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

1

**IT IS SO ORDERED this 11th day of July 2017.**

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE