IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON ORLANDO SOLOMON                                              PLAINTIFF

v.                          Civil No. 4:16-cv-04038

STEVEN KING                                                           DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Judgment for the Defendant is hereby entered. Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED this 31st day of July 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE